JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W.1, an individual; and K.W.2, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, a public entity;<br>M. SONIA CORREA, an individual;<br>DANIELA ELIHU, an individual;<br>KAILA PAUL, an individual;<br>JUAN CEVALLOS, an individual;<br>KRISTEN PRESTON, an individual; and<br>DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-01216-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 74] entered on or about January 7, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 12, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE